**Gabriel SOTO–ARMENTA, Petitioner,**

v.

**IMMIGRATION AND NATURALIZATION SERVICE, Respondent.**

No. 99–71547.

I & NS No. A90 070 314.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 6, 2001.

Decided July 9, 2001.

Before KOZINSKI and THOMAS, Circuit Judges, and WHYTE, District Judge.*

MEMORANDUM **

The case is remanded to the Board of Immigration Appeals for reconsideration in light of *In re Robin Juraine Crammond*, 2001 WL 312775 (BIA March 22, 2001).

VACATED AND REMANDED.

---

* The Honorable Ronald M. Whyte, United States District Judge for the Northern District of California, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

